

U.S. Department of Justice

FILED
CLERK'S OFFICE

United States Attorney
District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS

---

Main Reception: (413) 785-0235
Fax (413) 785-0394

Federal Building and Courthouse
1550 Main Street, Room 310
Springfield, Massachusetts 01103

October 7, 2004

| | |
|---|---|
| James W. Bergenn, Esq.<br>99 Summer Street<br>Suite 1620<br>Boston, MA  02110 | Steven W. Leary, Esq.<br>95 State Street<br>Springfield, MA  01103 |
| Vincent A. Bongiorni, Esq.<br>95 State Street<br>Springfield, MA  01103 | Michael O. Jennings, Esq.<br>73 Chestnut Street<br>Springfield, MA  01105 |
| | William H. Kettlewell, Esq.<br>Dwyer & Collora<br>600 Atlantic Avenue<br>Boston, MA  02210 |
| Robert Santaniello, Jr., Esq.<br>Santaniello, Posnik & Basile<br>83 State Street<br>Springfield, MA  01103 | Jack St. Clair, Esq.<br>73 Chestnut Street<br>Springfield, MA  01103 |
| Mark J. Albano, Esq.<br>Dalsey, Ferrara & Albano<br>73 State Street<br>Springfield, MA  01103 | Daniel D. Kelly, Esq.<br>Robinson, Donovan, Madden &<br>   Barry<br>1500 Main Street<br>P.O. Box 15609<br>Springfield, MA  01103 |

   Re:  **United States v. Albert Innarelli, et al.**
        **CR-N-04-30046-MAP**

Dear Counsel:

   This letter shall respond to your requests for automatic discovery under the Local Rules.

1

**A. Discovery Pursuant to Fed.R.Crim.Pro. 16(a)(1)(A) - (D)**

    **1.   Statements of the Defendant**

        a.   IRS Memorandum of Interview of Albert Innarelli, dated 04/24/02 (1 page);

        b.   IRS Memorandum of Interview of Albert Innarelli, dated 05/21/02 (4 pages);

        c.   IRS Memorandum of Activity of Albert Innarelli, dated 05/21/02 (2 pages);

        d.   IRS Memorandum of Interview of Albert Innarelli, dated 05/30/02 (2 pages);

        e.   Grand Jury Testimony of Albert Innarelli, dated 06/06/02 (5 pages);

        f.   IRS Memorandum of Interview of Michael Bergdoll, dated 01/17/03 (2 pages);

        g.   IRS Memorandum of Interview of Michael Bergdoll, dated 02/13/03 (1 pages);

        h.   IRS Memorandum of Interview of Michael Bergdoll, dated 03/12/03 (5 pages);

        i.   IRS Arrest Report for Michael Bergdoll, dated 09/23/04 (2 pages);

        j.   IRS Memorandum of Interview of Anthony Matos, dated 09/30/02 (1 pages);

        k.   IRS Memorandum of Interview of Anthony Matos, dated 02/06/03 (1 page);

        l.   Handwriting exemplars of Anthony Matos, dated 02/13/03 (9 pages);

        m.   Grand Jury Testimony of Anthony Matos, dated 10/10/02 (5 pages);

        n.   Grand Jury Testimony of Theodore Jarrett, dated 09/07/00 (13 pages);

        o.   IRS Memorandum of Interview of Theodore Jarrett, dated 05/01/03 (3 pages);

      p.    Grand Jury Testimony of Theodore Jarrett, dated 05/09/02 (52 pages);

      q.    FBI 302 of Arthur Sotirion, dated 01/08/03 (1 page);

      r.    Massachusetts State Police Report, dated 01/05/00, for Joseph Sullivan (1 page);

      s.    Massachusetts State Police Report, dated 07/24/00, for Joseph Sullivan (1 page);

      t.    Massachusetts State Police Report, dated 11/15/00, for Joseph Sullivan (1 page);

      u.    Massachusetts State Police Report, dated 01/19/01, for Joseph Sullivan (1 page); and,

      v.    IRS Memorandum of Interview of Joseph Sullivan, dated 10/02/02 (2 pages).

**2.  Defendants' Prior Record**

NCIC printouts of all defendants enclosed.

**3.  Documents and Tangible Objects**

The IRS is currently in possession of loan files, seized documents, documents, imaged computer hard drives, photographs and other tangible objects received pursuant to grand jury subpoena, search warrant, and/or consent search.  Please schedule an appointment with this office to arrange for a review of these materials.

After a review of these materials, you may designate those documents that you wish to have copied.  Copies may be obtained by making arrangements with a local copy center.

**4.  Reports of Examinations and Tests**

None.

**B. Search Materials**

    1.    **Search Warrant Applications, Affidavits, and Returns**

<u>1113 Main Street - Search No. 02m629</u>

    a.    Search warrant and inventory;

    b.    Search warrant application and affidavit;

<u>1113 Main Street - Search No. 02m633</u>

    a.    Search warrant and inventory;

    b.    Search warrant application and affidavit;

<u>10 Beechwood Drive - Search No. 03m607</u>

    a.    Search warrant and inventory;

    b.    Search warrant application and affidavit;

<u>494 Central - Search No. 04m620KPN</u>

    a.    Search warrant and inventory;

    b.    Search warrant application and affidavit;

<u>89 Hall Street - Search No. 04m621KPN</u>

    a.    Search warrant and inventory;

    b.    Search warrant application and affidavit;

2. **Written Description of Consent Searches and Inventory**

None.

## C. Electronic Surveillance

1. **Written Description of Any Intercept**

None.

2. **Statement Whether or Not the Government Intends to Offer Intercepts in its Case-in-Chief**

Not Applicable.

     3.    **Title III Applications, Affidavit, and Court Orders**

     None.

### D. Consensual Intercepts

     1.    **Written Description of Any Intercept**

     This information will be supplied under separate cover.

### E. Known Unindicted Co-conspirators

     This information will be supplied under separate cover.

### F. Identifications

     1.    **Written Statement Whether or Not Used for Any Witness**

     None.

     2.    **Evidence Reflecting Identification Procedure**

     None.

### G. Exculpatory Information, Promises, Rewards or Inducements

     This information will be supplied under separate cover.

     Very truly yours,

     MICHAEL J. SULLIVAN
     United States Attorney

By: _____
     WILLIAM M. WELCH II
     Assistant United States Attorney

enc.

cc: Court clerk