UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30046-MAP |
| | ) | |
| | ) | |
| ALBERT INNARELLI, | ) | |
| WILFRED CHANGASIE, et al., | ) | |
| Defendants | ) | |

SCHEDULING ORDER
October 21, 2004

NEIMAN, U.S.M.J.

Wilfred Changasie ("Defendant"), having been arraigned before the court this

day and having elected to proceed under the automatic discovery rules, IT IS HEREBY

ORDERED in accordance with Local Criminal Rules (LR) 116.1 through 116.5 that

further proceedings shall be governed as follows:

1.    The Government shall produce, on or before November 4, 2004, those

materials required to be produced under LR 116.1(C).

2.    Defendant shall produce, on or before November 18, 2004, those

materials required to be produced under LR 116.1(D).

3.    Any discovery request letters shall be sent and filed by December 2,

2004.  *See* LR 116.3(A) and (H).

4.    Any responses to discovery request letters shall be sent and filed within

fourteen days of receipt of the discovery request letter(s) referred to in

Paragraph 3 above *or* on or before December 16, 2004, *whichever date*

*shall first occur.  See* LR 116.3(A).

5.    Consistent with the provisions of LR 116.3(E) through (H), any and all

discovery motions shall be filed on or before fourteen days after the

receipt of the opposing party's declination to provide the requested

discovery *or* fourteen days after the opposing party has received the

discovery request letter and has failed to respond thereto, *whichever date*

*shall first occur.  See* LR 116.3(E) through (H).

6.    Consistent with the provisions of Paragraph 5 above, a response  to any

motion shall be filed on or before fourteen days after the motion has been

filed.  *See* LR 116.3(I).

7.    An Initial Status Conference in accordance with LR 116.5 will be held on

November 15, 2004, at 2:30 p.m. in Courtroom III.[1]

8.    A joint memorandum addressing those items set forth in Local Rule

116.5(A)(1) through (7) shall be filed on or before the close of business,

November 10, 2004.

DATED: October 21, 2004

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as the court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Fed. R. Crim. P. 43, defendants in custody will not be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference. *See* Fed. R. Crim. P. 43(c)(3).