**Terry Scott Nagel**
**Attorney at Law**
95 State Street, Suite 918 ~ Springfield, MA 01103-2080
Phone (413) 731-8811 ~ Fax (413) 731-6641

November 12, 2004

FILED

U.S. DISTRICT COURT
DISTRICT OF MASS

William Welch, AUSA
Office of the United States Attorney
Federal Building & Courthouse
1550 Main Street, Room 310
Springfield, MA 01103

Re:    **UNITED STATES OF AMERICA v. Wilfred Changasie**
       Criminal #: CR-N-04-30046-MAP

Dear Mr. Welch:

       Please consider this my request pursuant to local rule 116.3(A). In particular, I seek copies of the following materials material to this case:

1.    Copies of any recordings of any telephone or other intercepted conversations;

2.    Copies of any transcripts of such recordings;

3.    All appraisals of properties identified in the indictment;

4.    All documents in the Government's possession which the Government claims support the allegation that the total loss in this case exceeds $7,000,000.00, as alleged in the Notice of Additional Factors.

5.    All documents in the Government's possession which the Government claims support the allegation that the number of victims exceeds 50, as alleged in the Notice of Additional Factors.

6.    All documents in the Government's possession which the Government claims support the allegation that the Defendants derived more than $1,000,000 in gross receipts, as alleged in the Notice of Additional Factors.

7.   Any evidence which the government intends to offer at trial pertaining to conduct of the Defendant not charged on the face of the indictment that the Government believes is admissible to show identity, common plan, scheme or design.

8.   The identity of each eyewitness to criminal conduct alleged in this indictment.

9.   The identity and qualifications of each expert witness to be called at trial, and a written summary of the opinions to be offered, and the factual basis for such opinion.

Very truly yours,

Terry Scott Nagel

TSN:sw
cc: Clerk, United States District Court