UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30046-MAP |
| | ) | |
| WILFRED CHANGASIE | ) | |

DEFENDANT'S EX-PARTE MOTION FOR FUNDS
FOR COPYING DISCOVERY

NOW comes the Defendant herein, Wilfred Changasie, and respectfully requests that this Court authorize expenditure of funds under the Criminal Justice Act, not to exceed $1155.00, at the rate of $.14 per copy, for the services Maverick Group, Tower Square, Springfield, Massachusett, to prepare copies of thirty-three (33) closing files of up tp 250 pages each, with leave to seek further funds if this amount proves inadequate due to the number of documents to be copied. The defendant states as grounds the following:

1. The case at bar concerns hundreds of real estate transactions allegedly based on fraudulent loan applications.

2. At this stage of discovery, defense counsel of Wilfredo Changasie has identified thirty-three (33) transactions of interest to the defense, based on previous disclosures from the government.

3. Based on a preliminary examination of closing files available at the courthouse, these files include not only closing documents, but also loan qualification

1

    documents, and are often made up of papers varying in size, some of which are fastened in various ways to one another.  On information and belief, $.14 per page is a reasonable rate for copying such material.

4.   The files in question also vary in thickness.  Maverick Group, which has confidentially copied numerous files in this case for other counsel, has stated to counsel that an average of 250 documents per file would be a reasonable estimate.

10.   The above-requested expenditure is reasonably necessary to expedite pre-trial preparation, and to protect the defendant's access to constitutionally mandated adequate representation.

**Wherefore**, the defendant respectfully requests that the above relief be granted.

DATED:  April 5, 2005                    Respectfully submitted,
                                                     WILFRED CHANGASIE, Plaintiff

                                              By: /s/ Terry Scott Nagel
                                                  Terry Scott Nagel, Esq.
                                                  95 State Street, Suite 918
                                                  Springfield, MA 01103
                                                  (413) 731-8811
                                                  BBO#:  366430

AFFIDAVIT OF COUNSEL

Now comes the undersigned Terry Scott Nagel and says:

1. My name is Terry Scott Nagel. I am a member of the Massachusetts bar in good standing, and have been admitted to practice before the United States District Court since 1981.

2. The factual representations in this motion are based on my own examination of the files in question, as well as discussions with two duplicating concerns.

Signed under the pains and penalties of perjury:


<u>/s/ Terry Scott Nagel</u>   Date: _____
Terry Scott Nagel