UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-30046-MAP |
| ) | |
| WILFRED CHANGASIE ) | |

DEFENDANT'S MOTION FOR DETENTION HEARING

NOW comes the Defendant herein, Wilfred Changasie, and respectfully requests that this Court schedule a detention hearing in his case. The defendant states as grounds the following:

1. Counsel was appointed for defendant Wilfred Changasie following his arrest on the above-captioned indictment. Interview by Pretrial Services, and the detention hearing mandated by 10 U.S.C. 3142 was deferred until counsel could have an opportunity to determine Mr. Changasie's Immigration Status.

2. Subsequently, and defense counsel's requests, funds were made available for a expert in immigration law to make inquiries and advise counsel concerning Mr. Changasie's immigration status.

3. An effort to set up an interviewed by pretrial services with counsel's assent was made, but could not be carried out due to a scheduling conflict. Counsel now has no objection to such an interview.

4. Mr. Changasie was previously the subject of deportation proceedings, and

1

posted a $15,000 bond in those proceedings. That bond was subsequently exonerated at the conclusion of the agency proceedings, and Mr. Changasie remained free pending his appeal to the Court of Appeals for the Second Circuit, No.04-3107-ag, and he was granted a stay of removal pending determination of his case.

5. Mr. Changasie has available a place to live in Springfield, Massachusetts at the home of Erik Newkirk, 88 Monmouth St, Springfield, 01109. Mr. Changasie would be amenable to electronic monitoring, and such other reporting obligations as this court might choose to impose.

Wherefore the defendant respectfully requests that the above-described relief be granted.

DATED: June 13, 2005               Respectfully submitted,
                                   WILFRED CHANGASIE, Plaintiff

                                   By: /s/ Terry Scott Nagel
                                       Terry Scott Nagel, Esq.
                                       95 State Street, Suite 918
                                       Springfield, MA 01103
                                       (413) 731-8811
                                       BBO#:  366430