UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30046-MAP |
| | ) | |
| WILFRED CHANGASIE | ) | |

Plaintiff's Motion for Further Discovery

    NOW comes the Defendant herein, Wilfred Changasie, and respectfully requests that this Court order the Government to supply the following information:

1. Any compilation, spreadsheet, summary or other document which the Government intends to offer at trial or sentencing as evidence that the total loss in this case exceeds $7,000,000.00, as alleged in the Notice of Additional Factors.

2. The identity of the individuals whose status, the Government claims, support the allegation that the number of victims exceeds 50, as alleged in the Notice of Additional Factors.

4. The identity and qualifications of each expert witness to be called at trial, and a written summary of the opinions to be offered, and the factual basis for such pinion.

5. The documents identified in the defendant's letters of January 24, and April 25, 2005 to AUSA Welch.

The defendant states as grounds the following:

1. The above requests were all the subject matter of requests, in some case more broadly phrased , in letters submitted by the defendant pursuant to Rule 116.3

2. As to requests 1 and 2, the Government responded only by offering access to a several filing cabinets full of files organized only by property address.

3. As of the Government's letter in response to the defendant's Rule 116 letter, the government had identified no expert witnesses. This additional request for

      discovery of experts is made in the expectation that some form of expert testimony will be necessary in order to establish the total loss in this case.

4.    The documents identified in the defendant's letters of January 24, and April 25, 2005, which are to be produced by agreement, have not yet been provided.

     Wherefore the defendant respectfully requests that the above-described relief be granted.

DATED: June 13, 2005            Respectfully submitted,
                                       Wilfred Changasie, Plaintiff

                               By: /s/ Terry Scott Nagel
                                   Terry Scott Nagel, Esq.
                                   95 State Street, Suite 918
                                   Springfield, MA 01103
                                   (413) 731-8811
                                   BBO#: 366430

CERTIFICATION

     This is to certify that a good faith attempt to discuss the foregoing discovery issues was made prior to filing this motion, in compliance with Local Rull 166.3(F)

                         /s/ Terry Scott Nagel_____
Terry Scott Nagel