# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
        )
v.        )    CRIMINAL NO. 04-30046-MAP
        )
WILFRED CHANGASIE    )

## PLAINTIFF'S MOTION TO FILE DISCOVERY MOTION LATE

     NOW comes the Defendant herein, Wilfred Changasie, and respectfully requests leave to file his discovery motion one business day late, stating as his grounds therefore that he was unable to reach the prosecutor by telephone to discuss these requests until today.

DATED: June 13, 2005     Respectfully submitted,
        WILFRED CHANGASIE, Plaintiff


     By: /s/ Terry Scott Nagel
     Terry Scott Nagel, Esq.
     95 State Street, Suite 918
     Springfield, MA 01103
     (413) 731-8811
     BBO#: 366430