UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-N-04-30046-MAP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WILFRED CHANGASIE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S RESPONSE TO MOTION FOR DETENTION HEARING

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby states that it does not object to defendant Changasie's request for a detention hearing. The Government, however, will oppose the release of Mr. Changasie.

Filed this 24th day of June, 2003.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ William M. Welch II
WILLIAM M. WELCH II
Assistant United States Attorney

1

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       June 24, 2005

   I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

All counsel of record

                              /s/ William M Welch II
                              WILLIAM M. WELCH II
                              Assistant United States Attorney