UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-N-04-30046-MAP |
| Plaintiff, | ) |
| vs. | ) |
| WILFRED CHANGASIE, et al., | ) |
| Defendants. | ) |

## GOVERNMENT'S RESPONSE TO MOTION FOR FURTHER DISCOVERY

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this response to defendant Changasie's Motion for Discovery as follows:

1. The Government will provide several summaries in its possession.

2. The Government will produce victim-buyer interview reports.

4. The Government does not intend to call any experts. The total loss figure can be calculated by simply adding the gross loan figures of all of the fraudulent loans.

5. These documents were delivered to the Maverick Group for copying. Counsel should check with the Maverick Group.

1

Filed this 24th day of June, 2003.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

                    /s/ William M. Welch II
                    WILLIAM M. WELCH II
                    Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

Hampden, ss.                                    Springfield, Massachusetts
                                                June 24, 2005

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

All counsel of record

/s/ William M Welch II<br>
WILLIAM M. WELCH II<br>
Assistant United States Attorney