UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CASE NO. 04-30046 - MAP

V.

WILFRED CHANGASIE

NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a CHANGE OF PLEA HEARING on September 28, 2005 at 2:30 PM before Michael A. Ponsor, U.S. D.J   In   Courtroom #  1  on the  5th  floor.

SARAH THORNTON
CLERK OF COURT

9/9/05
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                        [kntchrgcnf.]
                                                       [ntchrgcnf.]