UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  CRIM. NO. 04-30046-MAP |
| | ) |
| vs. | ) |
| | ) |
| ALBERT INNARELLI, ET AL., | ) |
| | ) |
| _____Defendants. | ) |

### PARTIES' JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1.   The parties agree that relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3.  This case has been designated a complex case.  In addition, defense counsel for the newly charged defendants and defense counsel for those original defendants with new charges have been working out logistics regarding the discovery of additional loan files.

2.   To date, the newly charged defendants -- defendants Corona, Lynch and Zepka -- have not requested discovery under Rule 16(a)(1)(E).

1

3.    At this time, the defendants have not completed their review of all of the automatic discovery.    Therefore, the parties believe that it is premature to state whether or not they expect to provide any additional discovery in the future.

4.    The parties agree that a motion date should not be set under FRCP 12(c) at this time.    Until discovery has been copied and reviewed, the parties are not in a position to set any motion dates.    The parties anticipate filing motions.    The parties agree that the court should set dates for discovery letters and/or discovery motions.

5.    Excludable delay should be ordered under 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3) from the last date of the arraignments upon the Superseding Indictment, which occurred on October 5, 2005, to the present.    Given this case's designation as a complex case, no time has run on the Speedy Trial Clock.

6.    The parties believe at this point that a trial should be anticipated.    At this time, the Government would estimate a trial of two months.

7.    A second Interim Status Conference should be set for mid-January, 2006.

2

Filed this ___7__th day of November, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

WILLIAM M. WELCH II
Assistant United States Attorney

For defendant Albert Innarelli

MOIRA L. BUCKLEY, ESQ.
Counsel for defendant Innarelli

For defendant Michael Bergdoll

STEVEN LEARY, ESQ.
Counsel for defendant Bergdoll

For defendant Anthony Matos:

VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

For defendant Pasquale Romeo

MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

3

For defendant Theodore Jarrett

_____

MARIA DURANT, ESQ.
Counsel for defendant Jarrett

For defendant Mark McCarthy

_____

ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

For defendant James Smith

_____

JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

For defendant Lawrence Lynch

_____

KEVIN MURPHY, ESQ.
Counsel for defendant Lynch

For defendant Edgar Corona

_____

PAGE KELLY, ESQ.
Counsel for defendant Corona

For defendant Kathryn Zepka

_____

GARY ENSOR, ESQ.
Counsel for defendant Zepka

4

For defendant Jonathan Frederick


_____

MARK ALBANO, ESQ.
Counsel for defendant Frederick

For defendant Joseph Sullivan


_____

DANIEL KELLY, ESQ.
Counsel for defendant Sullivan

5

## CERTIFICATE OF SERVICE

Hampden,  ss.                              Springfield, Massachusetts
                                           November 7, 2005


        I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing by faxing said
motion to:

Moira L. Buckley, Esq.                Steven W. Leary, Esq.
Shipman & Goodwin                     95 State Street
One Constitutional Plaza              Springfield, MA   01103
Hartford, CT   06103-1919

Vincent A. Bongiorni, Esq.            Michael O. Jennings, Esq.
95 State Street                       73 Chestnut Street
Springfield, MA   01103               Springfield, MA   01105

Maria Durant, Esq.                    Robert Santaniello, Jr., Esq.
Dwyer & Collora                       Santaniello & Santaniello
600 Atlantic Avenue                   83 State Street
Boston, MA   02210                    Springfield, MA   01103

Jack St. Clair, Esq.                  Kevin G. Murphy, Esq.
73 Chestnut Street                    115 State Street
Springfield, MA   01103               Springfield, MA   01103

Page Kelly, Esq.                      Gary A. Ensor, Esq.
Federal Public Defender               34 Bridge Street
408 Atlantic Avenue                   South Hadley, MA   01075
3rd Floor
Boston, MA   02210

Mark J. Albano, Esq.                  Daniel D. Kelly, Esq.
Dalsey, Ferrara & Albano              Robinson, Donovan, Madden &
73 State Street                          Barry
Springfield, MA 01103                 1500 Main Street
                                      P.O. Box 15609
                                      Springfield, MA   01103


                                      _____
                                      WILLIAM M. WELCH II
                                      Assistant United States Attorney


                          6