UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30046-MAP |
| vs. | ) |
| WILFRED CHANGASIE, | ) |
| Defendant. | ) |

## JOINT MOTION TO CONTINUE SENTENCING

The Government respectfully files this request to continue the sentencing date of the above-named defendant from January 25, 2006 to a date to be scheduled in the future. As grounds, the Government states that defendant Changasie will be a witness in the upcoming trial of <u>United States v. Albert Innarelli</u>, CR-N-04-30046-MAP. Therefore, in order for defendant Changasie to receive the benefit of his plea agreement, his sentencing should be postponed until after the resolution of that case.

In the event that the Government elects not to use defendant Changasie as a witness, it will file a motion asking that the court set a sentencing date.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William M. Welch II
WILLIAM M. WELCH II
Assistant U.S. Attorney

1

## CERTIFICATE OF SERVICE

Hampden, ss.

Springfield, Massachusetts
January 12, 2006

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by mail to:

Terry S. Nagel, Esq.
95 State Street
Suite 918
Springfield, MA  01103-2080

 

_____
WILLIAM M. WELCH II
Assistant United States Attorney