UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-30046-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| ALBERT INNARELLI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIES' FINAL JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this final joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1. There are no outstanding discovery issues not yet presented.[1]

2. The Government does not anticipate providing additional discovery.

3. The defendants do not intend to raise a defense of insanity or public authority.

4. The Government has not requested notice of alibi. However, the defendants do not intend to raise a defense of alibi

---

[1] The Government is unaware of the status of copying efforts by defense counsel's copy vendor. The Government had delivered all loan files of which defense counsel had requested copies to defense counsel's copy vendor shortly after the last status conference.

1

to the current charges.

5. The defendants will file substantive motions that will require rulings by the court.

6. A schedule should be set for substantive motions. Time under the Speedy Trial Clock should be tolled from the date of the status conference through the filing of the motions to provide the defendant ample time to research, draft, and submit his motion. This request takes into consideration the due diligence of the party and would be in the interests of justice. In addition, this case has been designated a complex case.

7. To date, one defendant has indicated that he will plead guilty.

8. Excludable delay should be ordered under 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and Local Rules 112.2(A)(1) and (2). No time has run on the Speedy Trial Clock given the designation of this case as complex case.

9. The parties believe at this point that a trial should be anticipated. The Government would anticipate the trial to last approximately two and a half months.

Filed this 17th day of January, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

WILLIAM M. WELCH II
Assistant United States Attorney

2

For defendant Albert Innarelli

*[signature]*
MOIRA L. BUCKLEY, ESQ.
Counsel for defendant Innarelli

For defendant Michael Bergdoll

*[signature]*
STEVEN LEARY, ESQ.
Counsel for defendant Bergdoll

For defendant Anthony Matos:

*[signature]*
VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

For defendant Pasquale Romeo

*[signature]*
MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

For defendant Theodore Jarrett

*[signature]*                    JUSTIN P. O'BRIEN
MARIA DURANT, ESQ.
Counsel for defendant Jarrett

For defendant Mark McCarthy

*[signature]*
ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

For defendant James Smith

_____
JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

For defendant Lawrence Lynch

_____
KEVIN MURPHY, ESQ.
Counsel for defendant Lynch

For defendant Edgar Corona

_____
PETER MURPHY, ESQ.
Counsel for defendant Corona

For defendant Kathryn Zepka

_____
GARY ENSOR, ESQ.
Counsel for defendant Zepka

For defendant Jonathan Frederick

_____ 1/18/06
MARK ALBANO, ESQ.
Counsel for defendant Frederick

For defendant Joseph Sullivan

_____
~~DANIEL KELLY, ESQ.~~ Thomas A. Kokonowski, Esq.
Counsel for defendant Sullivan

4

CERTIFICATE OF SERVICE

Hampden, ss.                                    Springfield, Massachusetts
                                                January 13, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by filing said motion and providing electronic notice to:

Moira L. Buckley, Esq.              Steven W. Leary, Esq.
Shipman & Goodwin                   95 State Street
One Constitutional Plaza            Springfield, MA   01103
Hartford, CT   06103-1919

Vincent A. Bongiorni, Esq.          Michael O. Jennings, Esq.
95 State Street                     73 Chestnut Street
Springfield, MA   01103             Springfield, MA   01105

Maria Durant, Esq.                  Peter M. Murphy, Esq.
Dwyer & Collora                     101 State Street, Ste. 715
600 Atlantic Avenue                 Springfield, MA   01103
Boston, MA   02210

Robert Santaniello, Jr., Esq.       Jack St. Clair, Esq.
Santaniello & Santaniello           73 Chestnut Street
83 State Street                     Springfield, MA   01103
Springfield, MA   01103

Mark J. Albano, Esq.                Daniel D. Kelly, Esq.
Dalsey, Ferrara & Albano            101 State Street
73 State Street                     Suite 715
Springfield, MA   01103             Springfield, MA   01103

Kevin G. Murphy, Esq.               Gary A. Ensor, Esq.
115 State Street                    34 Bridge Street
Springfield, MA   01103             South Hadley, MA   01075


                                               /s/ William M. Welch II
                                               WILLIAM M. WELCH II
                                               Assistant United States Attorney