UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRIM. NO. 04-30046-MAP |
| ) | |
| vs.     ) | |
| ) | |
| **WILFRED CHANGASIE,** ) | |
| ) | |
| <u>        Defendant.   </u> ) | |

### ASSENTED MOTION TO CONTINUE SENTENCING

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this request to continue the sentencing of Wilfred Changasie, currently set for May 12, 2006, to a date in November or December, 2006.

As grounds, the Government states that Mr. Changasie, who was a charged defendant in the Innarelli case, pled guilty pursuant to a plea and cooperation agreement approximately six months ago.  Although all of his co-defendants have now pled guilty, Mr. Changasie should have his sentencing continued to a date after the sentencings of his co-defendants so that the court is in a better position to evaluate his cooperation.

In addition, the court recently set a briefing schedule regarding the issue of loss in this case.  Defendants' motions are due on June 2, 2006.  If defendant Changasie's sentencing goes forward on May 12, 2006, he might lose the benefit of any

legal decision that reduces his loss figure as calculated in his plea agreement.  Finally, Mr. Changasie and his counsel have assented to this motion by virtue of language in his plea agreement.

    Filed this \_\_\_\_th day of May, 2006.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                                      /s/ William M. Welch II
                                    WILLIAM M. WELCH II
                                    Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                                Springfield, Massachusetts
                                            May 8, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Terry S. Nagel, Esq.
95 State Street
Suite 918
Springfield, MA  01103-2080


                                /s/ William M. Welch II
                                WILLIAM M. WELCH II
                                Assistant United States Attorney

3