**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30046-MAP |
| | ) | |
| WILFRED CHANGASIE | ) | |

**PLAINTIFF'S MOTION TO ENLARGE TIME**
**FOR FILING MOTION RE: APPROPRIATE METHOD OF CALCULATING LOSS**
**AS TO DEFENDANT WILFRED CHANGASIE ONLY**

NOW comes Wilfred Changasie, defendant herein, and respectfully requests that the time for filing his motion regarding calculating the loss for purpose of his sentencing be enlarged to July 28, 2006.  The defendant states as grounds for this request:

1.    Defendant Changasie's sentencing was recently continued to November 20, 2006, after all other defendants.

2.    Counsel for Defendant Changasie is scheduled to start a First Degree Murder trial on June 1, 2006, in which an insanity defense involving voluminous records will be presented.   This is believed to be a very firm date, with a judge currently assigned and experts scheduled to testify.

3.    Virtually all of counsel's time will be taken up by this case for the next four weeks or more.

4.    The instant request will not create delay in Mr. Changasie's case.

Wherefore the defendant respectfully requests that the above-described relief be granted.


DATED:  July 14, 2004                    Respectfully submitted,
                                         ROBERT LEVINE, Plaintiff


                              By: /s/ Terry Scott Nagel
                                  Terry Scott Nagel, Esq.
                                  95 State Street, Suite 918
                                  Springfield, MA 01103
                                  (413) 731-8811
                                  BBO#:  366430


                            CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 12, 2006.

                         /s/ Terry Scott Nagel