UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30046-MAP |
| | ) | |
| WILFRED CHANGASIE | ) | |

PLAINTIFF'S EX PARTE MOTION FOR FUNDS
FOR SERVICES OF FORENSIC ACCOUNTANT/AUDITOR

      NOW comes the defendant herein, Wilfred Changasie, and respectfully requests that this court authorize the expenditure, pursuant to the Criminal Justice Act, of $2000.00 for the services of a forensic accountant/auditor to assist counsel in the preparation of materials to be presented to the court on the issue of loss to the alleged victims, as part of the determination of the sentence in the above-captioned matter.

      The defendant states as grounds for this request the following:

1. The defendant is incarcerated, and has been found indigent by the court and assigned counsel pursuant to the Criminal Justice Act.

2. The case at bar concerns a large number of real estate transactions allegedly based on fraudulent loan applications, and resulting in numerous foreclosures, resales, and other transactions relevant to the determination of loss.

3. An expert with an extensive background in auditing and accountancy has assembled a large amount of data relevant to the determination of loss as to most or all of the defendants included in the indictment of this case, and, on information and belief, with some additional work on the part of the expert, that data can be made available to Defendant Changasie and the court in spreadsheets, or some other form useful to the court in making a determination of the loss attributable to him.

4. It has been decided through conversation with counsel for other defendants in this case that there is no objection to Mr. Changasie accessing this information if he is willing to pay a pro rata share of the expense of analyzing the data, and generating the necessary reports and charts.  It is also contemplated that the expert will be available for testimony at a joint hearing on the calculation

of loss.

5. The expert bills her time at a rate of $125.00 per hour. Sixteen (16) hours is a reasonable amount of time to attribute to gathering and analysis of the over-all data, and breaking out the portions of the data specifically relevant to Mr. Changasie's sentence. On information and belief, private counsel have already paid many multiples of the amount requested in order to have the preliminary work completed, which has created the opportunity for Mr. Changasie to have access to this valuable information at a reasonable cost.

6. The information sought is clearly something which I would seek on behalf of Mr. Changasie if he had adequate private funds to hire such an expert.

Wherefore the defendant respectfully requests that the above-described relief be granted.

DATED: May 24, 2006                 Respectfully submitted,
                                    WILFRED CHANGASIE, Defendant


                                    By: /s/ Terry Scott Nagel
                                        Terry Scott Nagel, Esq.
                                        95 State Street, Suite 918
                                        Springfield, MA 01103
                                        (413) 731-8811
                                        BBO#:  366430

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                              ) | CRIMINAL NO. 04-30046-MAP |
| ) | |
| WILFRED CHANGASIE     ) | |

AFFIDAVIT OF COUNSEL IN SUPPORT OF
PLAINTIFF'S EX PARTE MOTION FOR FUNDS
FOR SERVICES OF FORENSIC ACCOUNTANT/AUDITOR

NOW comes the undersigned Terry Scott Nagel and says

1. My name is Terry Scott Nagel. I am a member of the state and federal bar of the Commonwealth of Massachusetts in good standing. I have been appointed to this defendant pursuant to the Criminal Justice Act.

2. The representations in the foregoing motion reflect my understanding of the work which has already been completed on a private basis by the expert in question, and the further work which must be undertaken to render the results in useful form for the parties and the Court.

3. I have reviewed the resume of the expert, and it appears to me that she is highly qualified and experienced in her field.

   Signed under the pains and penalties of perjury, on May 24, 2006:


   /s/Terry Scott Nagel
   Terry Scott Nagel