UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
            v.                 )  CR NO. 04-30046-MAP
                               )
ALBERT INNARELLI, ET AL,       )
        Defendants             )

MEMORANDUM AND ORDER RE:
MOTIONS FOR EXTENSION OF TIME
TO JULY 28, 2006 TO FILE MOTION RE:
CALCULATION OF LOSS
(Docket Nos. 204, 207, 209, 210, 211, 212, 213, 215 & 216)

June 29, 2006

PONSOR, D.J.

    The bulk of the defendants have filed motions to extend to July 28, 2006 the time to file a motion as to the proper method for loss calculation in this case. The government has not opposed these motions, and they are therefore hereby ALLOWED. The government's opposition will be filed no later than August 21, 2006. Argument on the motions will be on September 1, 2006 at 11:00 a.m.

    Sentencing for the defendant Innarelli has been set for September 14, 2006, and for the remaining defendants for the balance of September and October. Defendant Changasie will be

sentenced last on November 20, 2006. <u>No sentencing date will be continued as a result of this ruling.</u> All objections to pre-sentence reports, except with regard to the calculation of loss, will be filed in accordance with the procedural order previously issued by this court. The court will address the issue of calculation of loss at the September 1, 2006 hearing and will apply the resolution of the issue at the sentencings thereafter.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge