UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | CRIMINAL NO. 04-30046-MAP |
| ) | |
| WILFRED CHANGASIE          ) | |

PLAINTIFF'S MOTION TO CONTINUE SENTENCING DATE
AS TO DEFENDANT WILFRED CHANGASIE

NOW comes Wilfred Changasie, defendant herein, and respectfully requests that currently scheduled for November 11, 2006, be continued to some date after the sentencing of his co-defendants. The defendant states as grounds for this request:

1. Defendant Changasie's sentencing was previously rescheduled to November 11, 2006 at the request of the government. The government set forth the grounds for this request in it's filing of May 8, 2006, stating that Mr. Changasie should be sentenced after all of the co-defendants are sentenced, which grounds are incorporated herein by reference.

2. In addition, continuing the sentencing in this manner is necessary in order to enable the defendant to participate in the orderly litigation of the manner in which the question of "loss" is to be determined for purposes of the guidelines.

Wherefore the defendant respectfully requests that the above-described relief be granted.

DATED: August 28, 2006          Respectfully submitted,
                                Wilfred Changasie, Plaintiff


                                By: /s/ Terry Scott Nagel
                                    Terry Scott Nagel, Esq.
                                    95 State Street, Suite 918
                                    Springfield, MA 01103
                                    (413) 731-8811
                                    BBO#: 366430


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 28, 2006

/s/ Terry Scott Nagel