AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST    DISTRICT OF    MASSACHUSETTS

UNITED STATES

v.

**APPEARANCE**

ALBERT INNARELLI ET AL

Case Number: 04-CR-30046-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

_September 13, 2006_    _[signature]_
Date                    Signature

Todd Newhouse
Print Name                              Bar Number

1550 Main Street, Room 310
Address

Springfield        MA    01103
City               State Zip Code

413-785-0109       413-785-0394
Phone Number                            Fax Number