UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )
            v.               )    Criminal No. 04-30046-MAP
                             )
5) WILFRED CHANGASIE         )
            Defendant.       )

GOVERNMENT'S MOTION for DOWNWARD DEPARTURE PURSUANT to
U.S.S.G. § 5K1.1

The United States of America, by and through its undersigned attorneys, hereby moves that the Court grant the defendant Wilfred Changasie a downward departure from the sentencing guideline range established in the Presentence Report. As reasons therefore, the government states that pursuant to U.S.S.G. § 5K1.1 the defendant provided substantial assistance in the investigation and prosecution of other individuals who committed offenses against the United States.

Therefore, because of the defendant's substantial assistance the government recommends a sentence of 12 months.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Todd E. Newhouse
Todd E. Newhouse
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                October 18, 2006

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby

certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant U.S. Attorney