UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-30046-MAP |
| | ) | |
| WILFRED CHANGASIE | ) | |

PLAINTIFF'S MOTION TO MODIFY
SENTENCING SCHEDULE AND MOVE DATE FORWARD

NOW comes the defendant herein, Wilfred Changasie, and respectfully requests pursuant to Fed. R. Crim. P. Rule 32(b)(2) that the date for sentencing in this matter be moved forward to November 6, 7, or 8, 2006, in the morning.

The defendant states as his reason for this request the following:

1. The defendant has pled guilty to two Wire Fraud counts, 18 USC § 1343, and one count of Conspiracy to Launder Money, 18 USC § 1956(h) and 1957.

2. The guidelines range applicable, according to the PSR, is 18 to 24 months. See Presentence Report, p. 119, ¶ 346.

3. Pursuant to the plea agreement between Mr. Changasie and the government, the government has filed a Motion for Downward Departure.

4. Mr. Changasie has been incarcerated pursuant to this prosecution since at least October 21, 2004. Thus, by November 6 he will have been in confinement more than the maximum number of months called for by the guidelines, even prior to any downward departure.

5. The defendant is indigent and has been ordered deported from the United States. Therefore, any fine or order of restitution would be nugatory.

6. The defendant and the government are in agreement that the defendant should be sentenced to time served.

7. Defense counsel is scheduled to begin a murder trial on November 14, 2006 in

Worcester County which could last through an beyond the currently-scheduled sentencing date in this case of November 20, 2006. Therefore, moving the date forward would prevent unnecessary delay beyond the maximum guideline-indicated sentence.

7. After consultation with counsel, the defendant has assented to this procedure. The defendant waives any notice period, or period for objection to the Presentence Report, and will again so affirm in open court.

8. The government has assented to this rescheduling.

Wherefore the defendant respectfully requests that the above-described relief be granted.

DATED: October 18, 2006               Respectfully submitted,
                                      Wilfred Changasie, Defendant


                                      By: /s/ Terry Scott Nagel
                                      Terry Scott Nagel, Esq.
                                      95 State Street, Suite 918
                                      Springfield, MA 01103
                                      (413) 731-8811
                                      BBO#:  366430


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants onOctober 18, 2006.

/s/ Terry Scott Nagel